| | |
|---|---|
| | |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA., | ***E-FILED - 1/15/08*** |
|---|---|
| Plaintiff, | NO. C-03-20010-RMW |
| v. | ORDER RE FILING OF POST-CONVICTION MOTIONS |
| KEVIN DUGAN, | |
| Defendant. | |

The court has received numerous post-trial motions filed by Kevin Dugan "prose´," as well as a motion for new trial filed by Dugan's defense counsel. The motion for new trial has been set for hearing on February 11, 2008. Since Dugan is represented by counsel, all motions must be filed by counsel and the court will not recognize motions filed by Dugan himself. Nevertheless, the court requests that the government do a speedy trial clock summary for presentation to the court on February 11, 2008.

Dated: 1/15/08

/s/ Ronald M Whyte

RONALD M. WHYTE
United States District Judge

Copy of Order E-Filed to Counsel of Record & Mailed to:

Kevin Dugan, *Booking No.: 07083408*
Santa Clara County Main Jail
Detention Facility
150 West Hedding Street
San Jose, CA 95110

**Kevin Dugan**
2194 Ebbesen Avenue,
San Jose, CA 95124

ORDER RE FILING OF POST-CONVICTION MOTIONS
NO. CR-03-20010-RMW