```
1  BARRY J. PORTMAN
   Federal Public Defender
2  CYNTHIA C. LIE
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant DUGAN
```

*E-FILED - 4/17/08*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-03-20010 RMW |
| ) | |
| Plaintiff, ) | STIPULATION AND [] |
| ) | ORDER CONTINUING HEARING |
| vs. ) | |
| ) | |
| KEVIN DUGAN, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**STIPULATION**

The parties hereby stipulate and agree that the status hearing currently set for Monday, April 21, 2008 may be continued to Monday, June 2, 2008 at 9:00 a.m.  The reason for the requested continuance is to permit defense counsel to obtain and review transcripts, discovery and pleadings relevant to the defendant's motion for new trial and/or sentencing.

Dated: April 11, 2008

s/_____
JOSEPH A. FAZIOLI
Assistant United States Attorney

Dated: April 10, 2008

s/_____
CYNTHIA C. LIE
Assistant Federal Public Defender

**[] ORDER**

Good cause appearing and by stipulation of the parties, it is hereby ordered that the status hearing currently scheduled for Monday, April 21, 2008 shall be continued to Monday, June 2, 2008 at 9:00 a.m.

Dated: April 17 , 2008

*Ronald M. Whyte*
_____
RONALD M. WHYTE
United States District Judge