1  JOSEPH P. RUSSONIELLO (CASBN 44332)
   United States Attorney
2
3  BRIAN J. STRETCH (CASBN 163973)
   Chief, Criminal Division
4  JOSEPH A. FAZIOLI (ILSBN 6273413)
   Assistant United States Attorney
5
       150 Almaden Boulevard, Suite 900
6      San Jose, California 95113
       Telephone: (408) 535-5061
7      Facsimile: (408) 535-5081                *E-FILED - 9/24/08*
       E-Mail:  joseph.fazioli@usdoj.gov
8
   Attorneys for the United States
9

10                   UNITED STATES DISTRICT COURT

11                  NORTHERN DISTRICT OF CALIFORNIA

12                          SAN JOSE DIVISION

13

14                                            )   No. CR 03-20010 RMW
   UNITED STATES OF AMERICA,                  )
15                                            )   STIPULATION AND [ ]
              Plaintiff,                      )   ORDER MODIFYING BRIEFING
16                                            )   SCHEDULE AND RESCHEDULING
         v.                                   )   MOTION HEARING DATE
17                                            )
   KEVIN DUGAN,                               )
18                                            )
              Defendant.                      )
19                                            )

20       This matter is currently set for a hearing on Monday, October 6, 2008 on

21  defendant's various motions for a new trial. This matter is also currently scheduled for

22  the defendant's sentencing on Monday, November 3, 2008. The parties now jointly

23  request that the briefing schedule and hearing date for the defendant's new trial motions

24  be pushed back approximately a week. This proposed continuance will not affect the

25  currently scheduled sentencing date of November 3, 2008. The reasons for the proposed

26  continuance of the briefing schedule and the motion hearing date are as follows:

27       1. On August 29, 2008, defendant's latest defense counsel (Dennis Riordan and

28  Donald Horgan) filed a 30 page supplemental memorandum in support of defendant's

STIPULATION AND [ ] ORDER
CR 03-20010 RMW

1 motion for a new trial.  This supplemental memorandum raised several arguments, including a claim that 18 U.S.C. 922(g)(3)(the federal statute which criminalizes being an addict of unlawful drug user in possession of a firearm) is unconstitutional.

2.  The defendant's supplemental memorandum also raises issues regarding the sufficiency of the evidence presented at trial which will require government counsel to re-review the trial transcript.  In the process of conducting this review, undersigned government counsel determined that the government was missing a volume of the trial transcript which included approximately 190 pages of the government's case-in-chief.  Government counsel only received a copy of this transcript for the first time yesterday.

3.  In light of the above, the government respectfully requests an additional week beyond the current September 19, 2008 due date to prepare its response to the defendant's supplemental memorandum.  Defense counsel do not object to this proposed schedule modification as long as they receive calendar 10 days to file a reply to the government's opposition to the defendant's supplemental memorandum.  It is the parties' understanding that the Court is available on October 14, 2008.

In light of the above, the parties agree, and the Court finds and holds, as follows:

1. The government's opposition to the defendant's supplemental memorandum in support of defendant's motion for a new trial is due on Friday, September 26, 2008.

2. The defense's reply brief in support of its supplemental memorandum/motion for new trial is due on Monday, October 6, 2008.

3. The hearing on defendant's various new trial motions is to be held on Tuesday, October 14, 2008 at 9:00 a.m.

//
//
//
//
//

STIPULATION AND [] ORDER
CR 03-20010 RMW

    4.  The currently scheduled sentencing date of November 3, 2008 at 9:00 a.m. shall remain in effect.

SO STIPULATED:

DATED:  9/17/08            /s/
                              DONALD M. HORGAN
                              Defense Counsel

DATED:  9/17/08            /s/
                              JOSEPH A. FAZIOLI
                              Assistant United States Attorney

IT IS SO ORDERED.

DATED:  9/24/08            *Ronald M. Whyte*
                              RONALD M. WHYTE
                              UNITED STATES DISTRICT JUDGE