1  JOSEPH P. RUSSONIELLO (CASBN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CASBN 163973)
3  Chief, Criminal Division

4  JOSEPH A. FAZIOLI (ILSBN 6273413)
   Assistant United States Attorney
5
      150 Almaden Boulevard, Suite 900
6     San Jose, California 95113
      Telephone: (408) 535-5061
7     Facsimile: (408) 535-5081
      E-Mail: joseph.fazioli@usdoj.gov
8                                                              *E-FILED - 9/25/08*
   Attorneys for the United States
9

10                       UNITED STATES DISTRICT COURT

11                      NORTHERN DISTRICT OF CALIFORNIA

12                              SAN JOSE DIVISION

13

14  _____   )   No. CR 03-20010 RMW
    UNITED STATES OF AMERICA,            )
15                                       )   STIPULATION AND [xxxxxxxxxxxxxx]
             Plaintiff,                  )   ORDER SETTING MATTER FOR
16                                       )   STATUS AND SUSPENDING
         v.                              )   BRIEFING SCHEDULE
17                                       )
    KEVIN DUGAN,                         )
18                                       )
             Defendant.                  )
19  _____   )

20        This matter is currently set for a hearing on Monday, October 14, 2008 on

21  defendant's various filings in support of his motion for a new trial. The Government's

22  opposition to defense counsel Dennis Riordan's supplemental memorandum in support of

23  defendant's motion for a new trial ("the Riordan supplemental memorandum") is

24  currently due this Friday, September 26, 2008. This matter is also currently scheduled for

25  the defendant's sentencing on Monday, November 3, 2008. For reasons summarized

26  below, the parties now jointly request that this matter be placed on the Court's criminal

27  duty calendar this upcoming Monday, September 29, 2008, at 9:00 a.m. and that the

28  briefing schedule for the Government's opposition to the Riordan supplemental

STIPULATION AND [xxxxxxxxx] ORDER
CR 03-20010 RMW

memorandum be suspended in the interim.

Earlier today on September 24, 2008, defendant Dugan filed his own separate 31 page supplemental memorandum in support of a motion for a new trial ("the Dugan supplemental memorandum"). The Dugan supplemental memorandum raises a number of substantive issues that were not raised in the Riordan supplemental memorandum. Defendant Dugan has also separately filed a motion for reconsideration of this Court's detention order. After a review of defendant Dugan's recent filings, undersigned government counsel is concerned that there may now be uncertainty regarding which of the various defense new trial motion filings are the operative ones before the Court. Undersigned government counsel is also concerned that defendant Dugan's recent filings have created a situation which, unless clarified, prevents an efficient allocation going forward of the time and resources of the Court, the government, defense counsel, and the defendant. After conferring with government counsel earlier today, undersigned defense counsel Riordan does not object: (1) to putting the matter on for status before the Court as soon as possible; (2) to suspending the briefing schedule regarding the Riordan supplemental memorandum in the interim; (3) to potentially modifying that briefing schedule in light of recent developments to give the government a short additional period of time in which to file its opposition. It is the parties' understanding that the Court is available this upcoming Monday, September 29, 2008 at 9:00 a.m,.

In light of the above, the parties agree, and the Court finds and holds, as follows:

1. This matter is set for status on the issue of defendant's new trial motion for Monday, September 29, 2008 at 9:00 a.m.

2. The briefing schedule on the Riordan supplemental memorandum is suspended in the interim.

//
//
//
//

STIPULATION AND [XXXXXXXXXX] ORDER
CR 03-20010 RMW

1     3. The currently scheduled sentencing date of November 3, 2008 at 9:00 a.m. shall
2 remain in effect.
3 SO STIPULATED:
4 DATED:_____9/24/08_____     _____/s/_____
5     DENNIS RIORDAN
    Defense Counsel

7 DATED:_____9/24/08_____     _____/s/_____
8     JOSEPH A. FAZIOLI
    Assistant United States Attorney

9 IT IS SO ORDERED.
10 DATED:____9/25/08_____     *Ronald M. Whyte*
    _____
11     RONALD M. WHYTE
    UNITED STATES DISTRICT JUDGE

STIPULATION AND [xxxxxxxxx] ORDER
CR 03-20010 RMW