1

2

3

4

5

6

7

8

9          IN THE UNITED STATES DISTRICT COURT

10         FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

UNITED STATES OF AMERICA.,              *E-FILED - 10/20/08*

12
                                        NO. CR-03-20010-RMW
13                     Plaintiff,
                                        ORDER RE-SETTING DATES DUE TO
14         v.                           TRAIL JUDGE'S UNAVAILABILITY

15    KEVIN DUGAN,

16
                       Defendant.
17

18         Defendant Kevin Dugan's motion for new trial is currently set for hearing on November 3,

19    2008 and his sentencing, if necessary, on November 17, 2008.  As a result of the trial judge's

20    unavailability for medical reasons on the scheduled dates, the matters are re-set as follows:

21         Hearing on motion for new trial: **December 8, 2008 at 9:00 a.m.**

22         Sentencing: **December 15, 2008 at 9:00 a.m.**

23

24    Dated: **10/17/08**

25                                        _Ronald M Whyte_

26                                        RONALD M. WHYTE
                                          United States District Judge
27

28

ORDER RE-SETTING DATES DUE TO TRIAL JUDGE'S UNAVAILABILITY

NO.  CR-03-20010-RMW

Copy of Order E-Filed to:

Joseph A. Fazioli
U.S. Attorney's Office
150 South Almaden Blvd., Suite 900
San Jose, CA 95113

     *Attorney for Plaintiff United States of America*

Order Mailed to:

Kevin V. Dugan
Booking #070834
San Jose Mail Jail
885 N. San Pedro Street
San Jose, CA 95110

     *Pro Se Defendant*