*E-FILED - 12/22/08*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA., <br><br> Plaintiff, <br><br> v. <br><br> KEVIN DUGAN, <br><br> Defendant. | NO. C-03-20010-RMW <br><br> ORDER DIRECTING CLERK TO PREPARE AND FILE NOTICE OF APPEAL AND ADVICE TO DEFENDANT RE APPEAL |

After defendant was sentenced on December 18, 2008 and advised of his right to appeal, defendant requested and the court ordered that a notice of appeal be prepared by the clerk and filed on behalf of defendant. Defendant is again advised that if he cannot afford to pay appeals costs, he has the right to request permission to appeal *in forma pauperis.*

Defendant is advised to consult the Federal Rules of Appellate Procedure, particularly Rule 10, with respect to the preparation and composition of the record on appeal.

Dated: 12/18/08

RONALD M. WHYTE
United States District Judge

ORDER RE FILING OF POST-CONVICTION MOTIONS
NO.  CR-03-20010-RMW                                        1