**United States District Court**
For the Northern District of California

*E-Filed 4/22/09*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 5:03 CR 20010 RMW |
| Plaintiff, | |
| | ORDER DISMISSING DISCOVERY MOTION |
| v. | |
| KEVIN V. DUGAN, | |
| Defendant. | |
| _____/ | |

THIS MATTER is before the Court on defendant Kevin V. Dugan's "Court Order for Disclosure Pursuant to Discovery Motion," filed April 16, 2009, which the undersigned construes as a motion pertaining to discovery matters. Since this case is currently on appeal to the United States Court of Appeals for the Ninth Circuit, the district court lacks jurisdiction to proceed with such a motion. *See United States v. Ortega-Lopez*, 988 F.2d 70, 72 (9th Cir. 1993) ("The filing of a notice of appeal confers jurisdiction on the court of appeals and divests the district court of its control over those aspects of the case involved in the appeal."). Defendant's motion is therefore dismissed.

**IT IS SO ORDERED.**

DATED: 4/22/09

_____
RICHARD SEEBORG
United States Magistrate Judge

ORDER DISMISSING DISCOVERY MOTION
Case No. 5:03 CR 20010

1  **THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO:**

**Lupe Martinez**     martinez-luna@sbcglobal.net
**Joseph A. Fazioli**   joseph.fazioli@usdoj.gov

**AND A COPY OF THIS ORDER WAS MAILED TO:**

**Kevin V. Dugan**
#99865-111
Federal Prison Camp USP Atwater
PO Box 019001
Atwater, CA 95301


**Dated: 4/22/09**                              /s/ Chambers Staff
                                       Chambers of Magistrate Judge Richard Seeborg

**United States District Court**
For the Northern District of California

ORDER DISMISSING DISCOVERY MOTION
Case No. 5:03 CR 20010                                                                 2