*E-FILED - 12/1/10*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA., | NO. CR-03-20010-RMW |
| Plaintiff, | ORDER REQUIRING RESPONSE TO MOTION FOR RELEASE PENDING APPEAL |
| v. | |
| KEVIN DUGAN, | |
| Defendant. | |

Defendant-Appellant Kevin Dugan filed a Motion for Release Pending Appeal on October 11, 2010. The government has filed no response to the motion to date, however, no deadline for a response has been previously set. The court requests that the government file its response no later than December 17, 2010. Since this motion has been pending since October 11, 2010, the court will not extend the briefing time for a response absent extraordinary circumstances.

Dated: 12/1/10

_Ronald M Whyte_

RONALD M. WHYTE
United States District Judge

ORDER RE FILING OF POST-CONVICTION MOTIONS
NO. CR-03-20010-RMW

1

2    Copy of Mailed to:

3    Merry Jean Chan
     U. S. Attorney's Office
4    450 Golden Gate Avenue, Box 36055
     San Francisco, CA 94102
5
     Joseph A. Fazioli
6    U. S. Attorney's Office
     150 South Almaden Blvd.
7    Suite 900
     San Jose, CA 95113
8
             *Government Counsel*
9
10   Scott M. Davidson
     1011 Lomas Blvd., NW
11   Albuquerque, New Mexico 87102

12           *Defense Counsel*

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28