*E-FILED - 1/13/11*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA., | NO. CR-03-20010-RMW |
|---|---|
| Plaintiff, | ORDER DENYING MOTION FOR RELEASE PENDING APPEAL |
| v. | [Docket No.377] |
| KEVIN DUGAN, | |
| Defendant. | |

Defendant-Appellant Kevin Dugan filed a Motion for Release Pending Appeal on October 11, 2010. The government filed its opposition on December 17, 2010 as requested by the court. The motion is hereby denied.

Defendant has not shown that he is unlikely to flee and is not a danger to the community. Although the defendant appeared at all pretrial proceedings and for trial and sentencing, he attempted to escape from custody while serving his sentence. The defendant also expressed a desire to possess certain weapons after his planned escape. Although the court places little weight on statements a confidential informant reported that Dugan made about his desire to harm certain individuals, the court is troubled by his statement to an undercover agent that he wanted to possess certain weapons after he escaped.

The defendant's grounds for appeal have been raised by him before and rejected. None raises a substantial issue. As for his claim that the Speedy Trial Act was violated, a close review of the record shows that defendant was very manipulative and most of the delay pending trial was the result of defense requests.

Defendant's Fourth Amendment claims were fully heard and found to be without merit. The court did grant his Fifth Amendment claim in part and certain statements were excluded at trial. The ones that were admitted were clearly voluntary and made before defendant was in custody. Finally, defendant's claim that the evidence was insufficient to show he possessed more than 100 plants completely ignores evidence from several sources which established that he possessed far more than 100 plants.

Defendant's claim that exceptional circumstances justify his release is also not persuasive. The claimed exceptional circumstances are that he was convicted for the violation of federal marijuana laws but his underlying conduct was not criminal under California law, that he has a severe case of diabetes and is not getting appropriate medical care, and that his appeal may not be finally resolved until after he has completed the service of his sentence.

The conduct for which defendant was convicted was criminal under California law. Mass growing of marijuana, possessing marijuana for distribution and maintaining an establishment for the growing of marijuana are all prohibited by California statute. It is also notable that although defendant at various times has claimed a doctor's prescription entitled him to possess marijuana, he testified at trial that he lied to his doctor to get the prescription and has never used marijuana for medical or other purposes. He claimed he got the prescription so he could show it to some people who he thought would better accept him when he showed them the prescription. He said he wanted to infiltrate that group of people because he believed they stole some of his firearms which he wanted to recover.

Defendant's claim that his diabetes is not being adequately attended is based solely on allegations made in his brief. There is no evidence, however, that defendant cannot be adequately treated while incarcerated.

1  Defendant's concern that his appeal may not be resolved prior to the completion of his sentence does not justify his release. Further, throughout this case, defendant has utilized an extraordinary number of attorneys resulting in delays and has sought additional time for other reasons which have resulted in delay. The time spent in getting his case finally resolved has been in large part the result of his own doing.

For the above reasons, among others, defendant's motion for release on appeal is denied.

Dated:   1/12/11

*Ronald M Whyte*
_____
RONALD M. WHYTE
United States District Judge

1
2  Copy of Order E-Filed to Counsel:
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28