RECEIVED
2010 OCT 15 P 1: 50
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
N.D. OF SAN JOSE

*E-FILED - 1/25/11*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

KEVIN DUGAN,

    Defendant.

CASE NO. CR 03-20010 RMW

(xxxxxxxxx
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

SCOTT M. DAVIDSON, whose business address and telephone number is 1011 LOMAS BLVD. NW, ALBUQUERQUE, NEW MEXICO, 87102, 505-255-9084, and who is an active member in good standing of the bar of NEW MEXICO, having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing KEVIN DUGAN.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing.*

Dated: 1/25/11

*Ronald M. Whyte*
United States District Judge
HON. RONALD M. WHYTE